# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tonya Canady, | No. CV-19-04738-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Bridgecrest Acceptance Corporation, | |
| Defendant. | |

**IT IS ORDERED** that the parties' stipulation (Doc. 167) is **granted**.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tonya Canady's individual claims are **dismissed with prejudice**, and the claims of the putative class are **dismissed without prejudice**, with each party bearing its own attorney's fees and costs.

Dated this 5th day of June, 2023.

Dominic W. Lanza
United States District Judge